116 F.3d 467
 Mable L. Ford, Administratrix of Estate of Shanwtee L. Ford,
Mable L. Ford
v.
Althea Denise Johnson, as Caseworker for Allegheny County
Children and Youth Services, Frank J. Petras, Jr., as
Caseworker for Allegheny County Children and Youth Services,
Melrina Flowers, as Director of Mon Valley Regional Office
of Allegheny County Children and Youth Services, Mary
Garland Freeland, as Director of Allegheny County Children
and Youth Services, Allegheny County Children
 NO. 96-3513
 United States Court of Appeals,
Third Circuit.
 May 21, 1997
 
 Appeal From: W.D.Pa. ,No.94-02201 ,
 Ambrose, J.
 
 
 1
 Affirmed.